IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ARAFAT AL JABARI, | No. C 04-3744 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated request to continue the dispositive motion hearing cut-off date and trial date. The parties request that the July 26, 2005 motion hearing cut-off date be continued to October 25, 2005. The parties also request that the October 12, 2005 trial date be continued to January 25, 2006. The parties assert that a continuance of these dates is necessary because Plaintiff's counsel, with the consent of his client, will be seeking to withdraw. The parties assert that a continuance of these dates will provide Plaintiff with the opportunity to obtain new counsel before responding to a dispositive motion from Defendant.

While a continuance of the dispositive motion cut-off date is appropriate, the Court finds that the parties have failed to justify the length of the continuance requested. In addition, the Court finds that the parties have failed to justify a continuance of the trial date.

//

1 | Accordingly,

2 | IT IS HEREBY ORDERED THAT the discovery motion cut-off date is continued to September

3 | 13, 2005. No other case deadlines are affected by this Order.

4 | IT IS SO ORDERED.

6 | Dated: 6-9-05

/s/ Saundra Brown Armstrong
SAUNDRA BROWN ARMSTRONG
United States District Judge