1  David A. Butler, Jr., Esq.
   State Bar No. 139871
2  305 San Bruno Avenue West
   San Bruno, CA  94066-3526
3  Tel. 650.873.3750
   Fax 650.873.3168
4  Email: butler.dave@sanbrunocable.com

5  Atty. for Pltf., MOHAMMED ARAFAT AL JABARI

6

7

8                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
9

10 MOHAMMED ARAFAT AL JABARI,         )
                                      ) No.  C 04-03744 SBA
11             Plaintiff,             )
                                      ) [PROPOSED]
12 v.                                 ) ORDER GRANTING MOTION FOR
                                      ) WITHDRAWAL/SUBSTITUTION OF ATTORNEY
13                                    )
   UNITED STATES CITIZENSHIP AND      )
14 IMMIGRATION SERVICES,              ) [Civil Local Rule 11.5]
                                      )
15             Defendant.             ) Judge: Hon. Saundra Brown Armstrong
                                      )
16                                    ) Hearing Date:
                                      ) Time:                      1:00 P.M.
17                                    ) Trial Date:                10/12/2005
                                      )
18                                    )
                                      )
19                                    )
                                      )
20 _____/

21 This matter comes before the Court on Plaintiff's Counsel's motion for withdrawal as

22 attorney of record for plaintiff.

23 The Court finds that all notices required by law have been given and that there is good

24 cause to grant the relief requested based on plaintiff's consent and that plaintiff's

25

26 attorney's fees were not paid.

27                                        -1-

28 **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR
   WITHDRAWAL/SUBSTITUTION OF ATTORNEY**

1  Accordingly,

2  IT IS HEREBY ORDERED THAT Attorney David Butler, Jr.'s motion to withdraw as
3
   counsel for plaintiff is granted effective upon filing proof of service by mail of this order
4
   to plaintiff.
5

6  Dated: 6-14-05                          /s/ Saundra Brown Armstrong

7                                          SAUNDRA BROWN ARMSTRONG

8                                          United States District Judge

—2—

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR
WITHDRAWAL/SUBSTITUTION OF ATTORNEY